# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1287**            **September Term, 2024**

EPA-89FR55684

Filed On: September 4, 2024 [2073115]

American Coke and Coal Chemicals Institute and Coke Oven Environmental Task Force,

      Petitioners

      v.

Environmental Protection Agency and Michael S. Regan, Administrator, U.S. Environmental Protection Agency,

      Respondents

------------------------------

Consolidated with 24-1288, 24-1290

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioners in case No. 24-1290 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | October 4, 2024 |
| Statement of Issues to be Raised | October 4, 2024 |

                                                       **FOR THE COURT:**
                                                       Mark J. Langer, Clerk

                            BY:    /s/
                                       Emily K. Campbell
                                       Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form