# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

|  |  |
|---|---|
| AMERICAN COKE AND COAL CHEMICALS INSTITUTE and COKE OVEN ENVIRONMENTAL TASK FORCE, <br><br> Petitioners, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, ADMINISTRATOR, U.S. ENVIRONMENTAL PROTECTION AGENCY, <br><br> Respondents. | Case No. 24-1287 (consolidated with Nos. 24-1288, 24-1290) |

_____

## JOINT STATEMENT OF INTENT TO UTILIZE DEFERRED JOINT APPENDIX

Pursuant to Federal Rule of Appellate Procedure 30(c), D.C. Circuit Rule 30(c), this Court's Order of August 30, 2024, and subsequent consolidation orders, Petitioners American Coke and Coal Chemicals Institute (ACCCI), the Coke Oven Environmental Task Force (COETF), and SunCoke Energy state their intent to utilize a deferred joint appendix.

| | |
|---|---|
| Dated: September 30, 2024 | Respectfully submitted,<br><br> /s/ Jeffrey A. Knight<br>Jeffrey A. Knight<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1200 Seventeenth Street, NW<br>Washington, DC 20036-3006<br>(202) 663-9152<br>jeffrey.knight@pillsburylaw.com<br><br>*Counsel for ACCCI and the COETF*<br><br> */s/ Michael R. Huston*<br>Michael R. Huston<br>PERKINS COIE LLP<br>2525 E. Camelback Rd., Suit 500<br>Phoenix, AZ 85016-4227<br>Telephone: 602.351.8000<br>MHuston@perkinscoie.com<br><br>*Counsel for SunCoke Energy, Inc.* |

# CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2024 I electronically filed the foregoing with the Clerk of the Court using the Case Management/Electronic Case File (CM/ECF) system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: September 30, 2024

Respectfully submitted,

 /s/ Jeffrey A. Knight
Jeffrey A. Knight